# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ZUHAIR AFANEH, et al.,

        Plaintiff,    :     Case No. 3:07-cv-293

                                      District Judge Walter Herbert Rice

-vs-                                    Chief Magistrate Judge Michael R. Merz

                                  :

MARK B. HANSEN, District Director,
Citizenship and Immigration Services,

        Defendant.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

       The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 12), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on March 11, 2008, hereby ADOPTS said Report and Recommendations.

       It is therefore ORDERED that this matter be, and it hereby is, remanded to the Citizenship and Immigration Service with directions to determine Plaintiffs' Applications promptly after the FBI background check is completed.

March 13, 2008.

                                                               Walter Herbert Rice
                                                              United States District Judge